IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ALLERGAN USA, INC., and IRONWOOD PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUN PHARMA GLOBAL FZE and SUN PHARMACEUTICAL INDUSTRIES INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 17-865 (RGA) ) ) ) ) ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the defendants to move, answer, or otherwise respond to the Complaint is extended until January 12, 2018.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ROSS ARONSTAM & MORITZ LLP |
| */s/ Jack B. Blumenfeld* | */s/ Benjamin J. Schladweiler* |
| Jack B. Blumenfeld (#1014) <br> Maryellen Noreika (#3208) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> mnoreika@mnat.com <br><br> *Attorneys for Plaintiffs* | Benjamin J. Schladweiler (#4601) <br> 100 S. West Street, Suite 400 <br> Wilmington, DE 19801 <br> (302)576-1600 <br> bschladweiler@ramllp.com <br><br> *Attorneys for Defendants* |

December 29, 2017

SO ORDERED this _____ day of _____, 20__.

_____
J.